■ In the Matter of WILLIAM TALIAFERRO, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [675 NYS2d 923] —Determination unanimously confirmed without costs and petition dismissed. Memorandum: We reject the contention of petitioner that the Hearing Officer was not fair and impartial. Although several inmates testified on petitioner's behalf, their credibility was a matter for the Hearing Officer to resolve (*see, Matter of Acevedo v Coughlin*, 186 AD2d 1033). The determination of the Hearing Officer is supported by substantial evidence (*see,*

*People ex rel. Vega v Smith,* 66 NY2d 130, 139). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Pine, J. P., Hayes, Pigott, Jr., Balio and Fallon, JJ.